UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Barry Scott Michaelson,

Case No. 14-cv-3151 MJD/FLN

        Petitioner,

v.                             ORDER

Michelle Smith,

        Respondent.

_____

      Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United

States Magistrate Judge Franklin L. Noel dated July 29, 2015, all the files and records, and no

objections having been filed to said Report and Recommendation,

      **IT IS HEREBY ORDERED** that

    1.      Respondent's motion to dismiss (ECF No. 5) is **GRANTED**;

    2.      Petitioner's petition for habeas corpus relief under 28 U.S.C. § 2254 (ECF No. 1) is **DISMISSED WITH PREJUDICE**.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: August 28, 2015            s/Michael J. Davis
                                  MICHAEL J. DAVIS
                                  United States District Court Judge